UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

-vs-                                                                  Case No.  5:06-cr-11-Oc-10GRJ

MARK D. EMMONS
_____/

**O R D E R**

The United States Magistrate Judge has issued a report (Doc. 46) recommending that Annette R. Riley's pro se Petition to Keep Property at 34050 Lee Avenue, Leesburg, Florida 34788 (Doc. 27) should be denied.  The Plaintiff has not objected to the report and recommendation of the Magistrate Judge, and the time for objecting has elapsed.  Upon an independent examination of the file and upon due consideration, the report and recommendation of the Magistrate Judge (Doc. 46) is adopted, confirmed and made a part hereof, and Annette R. Riley's pro se Petition to Keep Property at 34050 Lee Avenue, Leesburg, Florida 34788 (Doc. 27) is DENIED.

The Clerk is DIRECTED to enter judgment accordingly, terminate any pending motions, and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 25th day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:   United States Attorney
             United States Marshal
             United States Probation Office
             U.S. Pretrial Services Office
             Counsel of Record
             Maurya McSheehy, Courtroom Deputy
             Mark D. Emmons